AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | | |
|---|---|---|
| David Kevin Perry, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:15-cv-03505-MGL |
| | ) | |
| Arit Chaudhary; Randi Gross; | ) | |
| and Greenville County, | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, David Kevin Perry, shall take nothing of the defendants, Arit Chaudhary, Randi Gross, and Greenville County, from the complaint filed and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  October 30, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/G. Mills
                                          _____
                                               *Signature of Clerk or Deputy Clerk*